IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SHAJUANA BELL, INDIVIDUALLY AND AS
A PARENT AND ON BEHALF OF CARVER
BELL, JR., A MINOR,                                                           PLAINTIFF,

VS.                                                        CIVIL ACTION NO. 4:07CV004-P-B

WESTERN LINE SCHOOL DISTRICT; ET AL.,                     DEFENDANTS.

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [21] and Defendant Mary McKenzie's joinder therein [23] are hereby **GRANTED**; therefore,

(2) All of the Plaintiff's federal claims against all Defendants here **DISMISSED WITH PREJUDICE**;

(3) The Plaintiff's state-law claims are **REMANDED** to the Circuit Court of Washington County; and

(4) This case is **CLOSED**.

**SO ORDERED** this the 7th day of August, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE